UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael J. McDowall,
    Plaintiff

v.                                      Case No.   1:14-cv-780

Cole Distel, et al.,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed October 29, 2015 (Doc. 74).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The lone remaining claim in this case is dismissed with prejudice, based upon plaintiff's repeated failure to achieve timely service under Rule 4(m), his repeated failure to comply with the express orders of this Court, and his failure to prosecute.

Date: November 25, 2015                      s/Sandra S. Beckwith
                                                            Sandra S. Beckwith, Senior Judge
                                                            United States District Court